Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY   *PRO-Se*

| United States District Court | District   Eastern District of Missouri |
|---|---|

| Name (under which you were convicted):<br>Norman Steinberg | Docket or Case No.:<br>4:06-cr-00337-CEJ-8 |
|---|---|

| Place of Confinement:<br>San Jose, Costa Rica | Prisoner No.:<br>63012-004 |
|---|---|

| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
|---|---|
| v. | Norman Steinberg |

### MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Eastern District Of Missouri
    111 South 10th Street Suite 3.300
    St. Louis, Missouri 63102

    (b) Criminal docket or case number (if you know):  4:06-cr-00337-CEJ-8

2.  (a) Date of the judgment of conviction (if you know):  12/16/2010

    (b) Date of sentencing:  12/16/2010

3.  Length of sentence:  Probation: Three years

4.  Nature of crime (all counts):

    count 1 Racketeering Conspiracy,
    Counts 2-5 Mail Fraud,
    Count 17 Gambling Conspiracy,
    Counts 18-19 Asset Forfeiture

5.  (a) What was your plea? (Check one)

    (1)   Not guilty ❑          (2)   Guilty ☑          (3)   Nolo contendere (no contest) ❑

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count

    or indictment, what did you plead guilty to and what did you plead not guilty to?

    Guilty to Count 17
    Not Guilty - Counts 1 through 5,  Counts 18-19

6.  If you went to trial, what kind of trial did you have? (Check one)      Jury ❑      Judge only ❑

Page 3

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ❑        No ☑

8.  Did you appeal from the judgment of conviction?                              Yes ❑        No ☑

9.  If you did appeal, answer the following:

   (a) Name of court:

   (b) Docket or case number (if you know):

   (c) Result:

   (d) Date of result (if you know):

   (e) Citation to the case (if you know):

   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?        Yes ❑   No ❑

      If "Yes," answer the following:

      (1) Docket or case number (if you know):

      (2) Result:

      (3) Date of result (if you know):

      (4) Citation to the case (if you know):

      (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

      Yes ❑   No ☑

11. If your answer to Question 10 was "Yes," give the following information:

   (a)  (1) Name of court:

      (2) Docket or case number (if you know):

      (3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑ No ❑

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑    No ❑

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:      Yes ❑    No ❑

(2)  Second petition:   Yes ❑    No ❑

.

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

**GROUND ONE:**

Violation of Fourth Amendment Rights: Unlawful detention

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Steinberg has adhered to all of the rules of his probation since he became a probationer on December 16, 2010. On September 1, 2011 when Steinberg made his first and only trip to the United States entering at the Fort Lauderdale, Fl. airport from his home in Costa Rica, he was detained in immigration for a period of time. Upon presenting his US passport and customs slip to the immigration check -counter officer he was informed that the computer was showing that Steinberg was on probation. Steinberg was taken to another area of immigration by another immigration officer who searched Steinberg's bags and questioned Steinberg while the Department of Justice was contacted who, after a lengthy delay, eventually gave immigration clearance to allow Steinberg to proceed in his travel. Steinberg's court judgment of December 16, 2010 states that, "defendant shall be allowed "unrestricted" travel outside Costa Rica while on probation." The government's posting of Steinberg's probation status on an immigration computer, devoid of any accompanying explanatory comments or instructions, (which required an assenting response from another governmental enforcement agency), served only to detain, delay, and restrict Steinberg's travel which is in direct contravention to what the government agreed to and what the court decreed in its judgment of December 16, 2010. Even the probation officer was puzzled by the occurrence. (See attached). Wherefore, Steinberg prays that the court vacate the sentence.

(b) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑    No ❑

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

  Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

  Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

  Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


**GROUND TWO:**

Violation of Fourth Amendment Rights: Illegal search

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

On September 1, 2011 when Steinberg arrived at the Fort Lauderdale, Fl. airport from his home in Costa Rica he was detained in immigration. When Steinberg presented his US passport to the immigration check-counter officer he was informed that the computer was showing that Steinberg was on probation. Although Steinberg is aware that he gives up some degree of right to privacy in customs because all people who are immigrating into a border point are subject to random searches, the search performed on Steinberg's bags was not done at the usual check out location after travelers retrieve their luggage in customs. It was done in a restricted area of immigration that Steinberg was whisked to by an immigration officer. The search was done under an aura of an arrest setting while Steinberg was being questioned and the Department of Justice had to be contacted. Paragraph 10 of Steinberg's probation agreement specifies that searches done for reasons of compliance of probation are permitted only by a probation officer and are limited to contraband observed in plain view. Steinberg contends that the only reason he was searched at Fort Lauderdale airport was because the government posted his probation status on the immigration computer, which elicited the search, and not because he was randomly singled out by the check-counter officer for a "routine" search usually done before exiting customs. Wherefore, Steinberg prays that the court vacate the sentence.

.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏   No ❏

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏   No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

Page 8

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑    No ❑

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑    No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

   Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


**GROUND FOUR**:

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

.

(b)  **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏  No ❏

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏  No ❏

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Grounds one and two were not presented in any federal court because the grounds occurred after conviction and while Steinberg was serving probation.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ❑   No ✔
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

N/A

(b) At arraignment and plea:

Michael A. Gottlieb & Jason W. Kreiss 1311 SE 2nd Ave -Fort Lauderdale, Fl 33316

(c) At trial:

N/A

(d) At sentencing:

Michael Gottlieb & Jason W. Kreiss 1311 SE 2nd Ave -Fort Lauderdale, Fl 33316

(e) On appeal:

N/A

(f) In any post-conviction proceeding:

N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ❏ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ❏ No ☑

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:


(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ❏   No ❏

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you

must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not

bar your motion.*

The limitation on this motion should run one year from September 1, 2011 which is the date that
facts supporting this claim could have been discovered by Steinberg through the exercise of due
diligence. It would have been impossible for Steinberg to be aware of the probation status posted
by the government on the immigration computers prior to Steinberg entering the United States
during the probation period. Steinberg is still in federal custody.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section.  The limitation period
   shall run from the latest of —
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in
      violation of the Constitution or laws of the United States is removed, if the movant was
      prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if
      that right has been newly recognized by the Supreme Court and made retroactively
      applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been
      discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief:

Vacate the Sentence

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on
_____ (month, date, year).

Executed (signed) on _____6-11-12_____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion.