----- Original Message -----
From: <Marian_Jones@moep.uscourts.gov>
To: "Tico" <tica0004@hotmail.com>
Sent: Friday, September 02, 2011 3:55 PM
Subject: Re: Probation Report September


> Hi, Mr. Steinberg
>
> I received your August monthly report.  I do have something I need to
> check.  Our office received a hit showing that a record check was done on
> you by USC General Aviation Facility I&C Fort Lauderdale.  Do you know why
> this was done?
>
> Thank you,
>
> Marian Jones
> U.S. Probation Office
> U.S. Probation Clerk
> (314) 244-6778
>
>
>
> From: Tico <tica0004@hotmail.com>
> To: <Marian_Jones@moep.uscourts.gov>
> Date: 09/02/2011 10:10 AM
> Subject: Re: Probation Report September
>
>
>
> Ms. Jones,
>
> Attached is the probation report for Steinberg for September 2011.
>
> Regards,
> Norman Steinberg[attachment "ProbationSteinberg-September2011.pdf" deleted
> by Marian Jones/MOEP/08/USCOURTS]
>
>